DeAnne Kay Puccio
2725 Plainview Rd.
Cheyenne, WY 82009
pucciokay@gmail.com
307-920-6582

**October 7, 2026**

**Clerk of Court**
United States District Court for the District of Wyoming
Ewing T. Kerr Federal Building and U.S. Courthouse
2120 Capitol Avenue, Room 2131
Cheyenne, WY 82001

**RE: Submission of New Pro Se Civil Rights Complaint and Motion to Proceed in Forma Pauperis**

To the Clerk of Court:

Enclosed please find the physical initialization packet for filing a new civil rights action pursuant to **42 U.S.C. Statute 1983** and **Title II of the Americans with Disabilities Act (ACT).** Because I am proceeding *pro se* and have severe limitations related to a chronic neurological condition, I am submitting these files as a complete, single package for your review and processing at the intake counter.

1. **Civil Cover Sheet (Form JS 44)** – One (1) Signed Original;
2. **Motion to Proceed in Forma Pauperis,** including the verified Financial Affidavit = One (1) Original and One (1) Photocopy;
3. **[Proposed] Order Granting In Forma Pauperis Status** – One (1) Original;
4. **Plaintiff's Civil Rights Complaint** – One (1) Signed Original and Five (4) Photocopies; and
5. **Civil Summons Forms** (Form AO 440) - Two (2) printed copies for each of the four named Defendants (8 pages total).

Pursuant to Federal Rule of Civil Procedure 4(c) (3), if the Court grants the enclosed Motion to Proceed In Forma Pauperis, I respectfully request that the Clerk issue sealed summonses and transfer the service packets directly to the United States Marshals Service to execute service of process upon the defendants without cost to me.

Please date-stamp my personal service photocopies of the Complaint and the IFP Motion and return them to me or via the enclosed self-addressed stamped envelope.

Thank you for your administrative assistance in docketing this matter.

Respectfully submitted,

DeAnne Kay Pu

DeAnne Kay Puccio
Plaintiff Pro Se
2725 Plainview Rd.
Cheyenne, WY 82009
307-920-6582
pucciokay@gmail.com