**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **DeAnne Kay Puccio**<br>*Plaintiff*,<br><br>v.<br><br>**Laramie County, Laramie County Detention Center, Medtrust LLC (d/b/a MedHealth), Lt. Perkins, Lt. Young, et. al.**<br>*Defendant*. | **Case No.** 26.CV-294<br><br>**Judge:** |

**[PROPOSED] ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

The Court, having reviewed Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and the supporting financial affidavit, finds that the Plaintiff is unable to prepay the fees or give security therefor.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **GRANTED**.

2. The Clerk of Court is directed to file the Complaint without the prepayment ofthe customary filing fee.

3. **[For Non-Prisoners]:** The Clerk of Court is directed to prepare the summonses, and the United States Marshals Service is directed to serve the

summonses and Complaint upon the Defendant(s) without prepayment of costs.

4. **[For Prisoners]:** Collection of the filing fee shall proceed in accordance with the provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915(b).

5. Plaintiff is reminded that while the initial filing fee is waived, they remainresponsible for any subsequent litigation costs not explicitly waived by federal law or court order.

**IT IS SO ORDERED.**

DATED this _________ day of _______________________, 20___.

BY THE COURT:

_______________________________________________

UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE